Robert D. Creel
Heather L. Creel
10055 Normandy Lane
Suwanee, Georgia 30024

JAN -7 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**January 6, 2014**

## LIS PENDENS  2:14-CV- 006

I the undersigned, do hereby certify that a civil claim against the title of said the property located at, 10055 Normandy Lane, Suwanee, Georgia, 30024, was filed in the United States District Court on the 3th day of January 2014, Case Number:_____. Case is styled:

Robert D. Creel and Heather L. Creel

(Plaintiff)

v.

JPMORGAN CHASE BANK, NA, US BANK NATIONAL ASSOCIATION,

AS TRUSTEE, SUCCESSOR IN MORTGAGE TRUST 2005-A6

(Defendant)

and is now pending in the Court and that the property affected by the cause is described as follows:

ALL THAT TRACT OF LAND LOCATED IN LAND LOT LOT 1070, 2ND DISTRICT, 1ST SECTION, FORSYTH COUNTY, GEORGIA, BEING LOT 717, WORTHINGTON AT LAUREL SPRINGS SUBDIVISION, UNIT II, PHASE VII PER PLAT BOOK 59, PAGES 127-131, FORSYTH COUNTY GEORGIA RECORDS, WHICH IS INCORPORATED HEREIN BY REFERENCE.

**Let the buyer beware**: Any natural person or entity who attempts to purchase said property for value at auction will become a named defendant in the pending litigation.

Respectfully,

Robert D. Creel _[signature]_

Heather L. Creel _[signature]_

## VERIFICATION

I, Robert D. Cree and Heather L. Creel, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

Robert D. Creel _[signature]_

Heather L. Creel _[signature]_

1055 Normandy Lane
Suwanee, Georgia 30024

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_[signature: Alan W Dupre]_

NOTARY PUBLIC IN AND FOR
THE STATE OF GEORGIA

Notary Seal

_[Notary seal: ALAN W DUPRE, NOTARY PUBLIC, FORSYTH COUNTY, GEORGIA, MY COMMISSION EXPIRES AUGUST 31, 2015]_

1-6-2014